IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN SCOTT BUSH, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:10-cv-01128 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Brown |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Brian Scott Bush's Motion for Judgment on the Administrative Record (Doc. No. 12) ("Motion"), which was filed along with a Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response (Doc. No. 15), and Plaintiff then filed a Reply (Doc. No. 16). Subsequently, Magistrate Judge Brown issued a Report and Recommendation (Doc. No. 17) ("Report") recommending that the Motion should be denied and that the decision of the Commissioner should be affirmed. (*Id.* at 25.) The Report was filed on August 8, 2011, and it provided a period of fourteen days in which either party could file an objection (*id.*). Neither party has filed an objection.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ____26th____ day of August, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT